**STATE of Missouri, Respondent,**

v.

**Gary D. SHROUF, Jr., Appellant.**

**No. WD 53948.**

Missouri Court of Appeals,
Western District.

June 23, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court July 28, 1998.

Application for Transfer Denied
Aug. 25, 1998.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Catherine Chatman, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOWARD, P.J., and
BRECKENRIDGE and SPINDEN, JJ.

### ORDER

PER CURIAM.

Gary Shrouf appeals his conviction of possession of a controlled substance, § 195.202 RSMo 1994.

Judgment affirmed.  Rule 30.25(b).